**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**MARK BELL, GARY GOVER,
RENE CHAVEZ, RICHARD
BALDWIN, FERNANDO TORRES,
and JONATHAN WINCKLER**

    *Plaintiffs,*

                                       **Civil No. 1:25-cv-01181-KG-SCY**

**v.**

**PRAIRIE FIELD SERVICES, LLC**

    *Defendant.*

## ORDER

On this day, the Court considered Plaintiffs' Unopposed Motion for Leave to File Under Seal. (Dkt. No. 26). This Court having considered the unopposed motion is of the opinion that the Motion is **GRANTED**.

Accordingly, it is hereby ORDERED that Plaintiffs file the requested document under seal as an exhibit to their Motion for Conditional Class Certification.

**IT IS SO ORDERED.**

                                    /s/Kenneth J. Gonzales
                                    CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.